# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

March 20, 2026

*By the Court:*

| No. 26-1541 | IN RE: MOTOROLA SOLUTIONS, INC., Petitioner |
|---|---|
| **Petition for Writ of Mandamus** | |
| District Court No: 1:20-cr-00688-1 District Judge John J. Tharp, Jr. | |

The following are before the court:

1.  **PETITION FOR A WRIT OF MANDAMUS BY VICTIM MOTOROLA SOLUTIONS INC. PURSUANT TO 18 U.S.C. § 3771(d)(3), CRIME VICTIMS' RIGHTS ACT**, filed on March 19, 2026, by counsel for the petitioner.

2.  **JOINT 18 U.S.C. § 3771(d) STIPULATION TO WAIVE STATUTORY DEADLINE FOR COURT DECISION ON CVRA MANDAMUS PETITION AND TO SET BRIEFING SCHEDULE**, filed on March 19, 2026, by counsel for the parties.

On March 19, 2026, the parties in this case agreed to waive their rights to the 72-hour deadline provided for under the Crime Victims' Rights Act and stipulated to a briefing schedule. The court approves and adopts the schedule outlined in the stipulation. The United States represented that it would file a response if ordered to do so by the court.

Therefore, **IT IS ORDERED** that the United States shall file a response to the mandamus petition. The schedule will proceed as follows:

1.  The United States shall file a response, not to exceed 7,800 words, on or before May 4, 2026.

2.  Hytera Communications Corporation Ltd. shall file its response, not to exceed 7,800 words, on or before June 3, 2026.

3.  Motorola Solutions Inc. shall file its reply, if any, on or before June 17, 2026.

form name: **c7_Order_BTC**   (form ID: **178**)